State v. Jones

Judgment was then entered imposing a sentence of eighteen (18) months. The sentence was suspended upon certain conditions and the defendant was placed on probation. From the entry of the judgment, the defendant appealed.

*Attorney General Robert Morgan by Staff Attorney Jacob L. Safron for the State.*

*James B. Craven III, for defendant appellant.*

---

STATE OF NORTH CAROLINA v. JOHN JONES, JR.

No. 7025SC407

(Filed 15 July 1970)

APPEAL by defendant from *Beal, J.,* 6 October 1969 Session, CALDWELL Superior Court.

Defendant was charged in a bill of indictment, proper in form, with the capital felony of murder of one William Reid Hatfield on 4 May 1969.

Upon the case being called for trial, defendant, through privately employed counsel, tendered a plea of guilty of murder in the second degree. Judge Beal examined defendant thoroughly

State v. Jones

upon the question of the voluntariness of his plea, and determined that it was freely, voluntarily, and understandingly tendered. The State accepted the plea and the Court approved.

During the night of 3 May 1969 defendant went to a trailer, used for housing poker games, to play poker. At about two o'clock in the morning of 4 May 1969 deceased came to the trailer. Deceased played a little poker and left. He returned about daybreak and again joined in the poker game. Some argument developed between deceased and either defendant, defendant's brother, or defendant's father. There was cursing and threats by deceased. Defendant cut deceased's throat with his pocket knife which caused immediate death.

Defendant ran from the premises, caught a ride to Hickory, then traveled by bus to Augusta, Georgia, where he was apprehended at the bus station by Georgia police. Defendant returned voluntarily to North Carolina, and gave a complete confession to the Caldwell County Sheriff's Department.

Upon his plea of guilty of the offense of second degree murder, judgment of imprisonment for a period of thirty years was pronounced. Defendant appealed.

*Attorney General Morgan, by Deputy Attorney General Lewis, for the State.*

*West & Groome, by Ted G. West, for defendant.*

BROCK, J.

Counsel for defendant, in his usual forthright manner, states that he is unable to find error, and asks this Court to review the record. We have carefully reviewed the record and the testimony, and we find

No Error.

BRITT and HEDRICK, JJ., concur.